In the Matter of RINALDO DELGALLO, III, Appellant, v YULEA DELGALLO, Respondent.

Submitted April 13, 2009; decided June 9, 2009

Motion, insofar as it seeks leave to appeal as against the Law Guardian, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal as against Yulea DelGallo, denied. Motion for poor person relief dismissed as academic.

ROWLAND GUREJE, Appellant, v JASMINE RICHARDSON et al., Respondents.

Submitted May 4, 2009; decided June 9, 2009

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).

In the Matter of MILL RIVER CLUB, INC., Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Decided June 9, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of the Claim of THERESA MOORING, Appellant, v AMERICAN AIRLINES et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted May 4, 2009; decided June 9, 2009

Motion for reargument of motion for leave to appeal denied [*see* 12 NY3d 704 (2009)].